## 68557. In the Interest of J. M. B.
(324 SE2d 213)

BENHAM, Judge.

This is an appeal from a judgment of the Juvenile Court of Gwinnett County awarding custody of appellant's child to the child's maternal aunt and uncle. Since appellant failed to follow the discretionary appeal procedures mandated by OCGA § 5-6-35, this appeal must be dismissed. *In the Interest of J. E. P. III*, 168 Ga. App. 30 (308 SE2d 712) (1983); *In re M. G.*, 167 Ga. App. 38 (306 SE2d 40) (1983).

*Appeal dismissed. Banke, P. J., and Pope, J., concur.*

DECIDED OCTOBER 12, 1984.

*Michael S. Webb*, for appellant.
*Mary Patricia Schildmeyer*, for appellee.